**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD,
             Appellant,

vs.

THE STATE OF NEVADA,
             Respondent.

No. 68855

**FILED**

OCT 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on September 10, 2015. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Jennifer P. Togliatti, District Judge
      Hon. Douglas Smith, District Judge
      Nicki Boyd
      Nguyen & Lay
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-30722